# Order

**Lansing, Michigan**

Rehearing No. 593

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

September 20, 2013

144579(61)


BRENT HARRIS,
        Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
        Defendant/Third Party Plaintiff
        -Appellee,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN
        Third Party Defendant-Appellant.
_____/

SC: 144579
COA: 300256
Oakland CC: 2009-102219-NF

        On order of the Court, the motion for rehearing is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

      September 20, 2013



             Clerk